A CERTIFIED TRUE COPY

JUN 3 0 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 4 2005

FILED
CLERK'S OFFICE

JUL - 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1673

MDL 05-1673 W

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE CIRCULAR THERMOSTAT ANTITRUST LITIGATION

*Vincent Fagan, et al. v. Honeywell International, Inc.*, D. Massachusetts, C.A. No. 1:05-10119
*John McKinnon v. Honeywell International, Inc.*, D. Maine, C.A. No. 2:05-22
*R. Sadler Bailey v. Honeywell International, Inc.*, W.D. Tennessee, C.A. No. 2:05-2063
*Alfred T. Wright v. Honeywell International, Inc.*, D. Vermont, C.A. No. 1:05-1

### CONDITIONAL TRANSFER ORDER (CTO-1)

On May 3, 2005, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of May 3, 2005, __F.Supp. 2d.__ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 3 0 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel